COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     In re Miguel Zaragoza Fuentes

Appellate case number:   01-14-00624-CV

Trial court case number:  2014-30215

Trial court:             245th District Court of Harris County

On August 5, 2014, relator, Miguel Zaragoza Fuentes, filed a motion for temporary relief requesting that the Court stay all trial court proceedings while the Court considers relator's petition for writ of mandamus. Relator's motion for temporary relief is **denied**.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
              ☑ Acting individually     ☐ Acting for the Court


Date: August 6, 2014